**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jeanette Sanchez | CHAPTER 13 |
| Debtor(s) | BKY. NO. 18-10417 elf |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

          Respectfully submitted,

          **/s/ Rebecca A. Solarz, Esquire**
          Rebecca A. Solarz, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322 FAX (215) 627-7734