IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Jeanette Sanchez | | 18-10417-elf |
| Debtor | : | |

CERTIFICATE OF SERVICE of FIRST AMENDED PLAN

I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's First Amended Chapter 13 Plan has been served on all priority and secured creditors.

The following creditors have been served by electronic mail:
REBECCA ANN SOLARZ on behalf of Pennsylvania Housing Finance Agency
bkgroup@kmllawgroup.com

The following creditors have been served by First Class mail:

City of Philadelphia
Law Department Tax Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Date: July 12, 2018              /s/ David M. Offen
                                 David M. Offen
                                 Attorney for Debtor(s)