```
               IN THE UNITED STATE BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    In Re    Jeanette Sanchez             )  Chapter 13
                Debtor                    )
                                          )  No. 18-10417-ELF
                                          )
                                          )
```

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


                                                   /s/David M. Offen
                                                   David M. Offen
                                                   Attorney for Debtor

**Date: 09/07/18**