# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 18-10417-ELF

    JEANETTE  SANCHEZ

    2815 MEMPHIS STREET

    PHILADELPHIA, PA 19134

        Debtor

## <u>CERTIFICATE OF SERVICE</u>

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JEANETTE  SANCHEZ

    2815 MEMPHIS STREET

    PHILADELPHIA, PA 19134

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                    /S/ William C. Miller

Date: 7/30/2020          _____

                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee