Certificate Number: 12433-PAE-DE-035790614

Bankruptcy Case Number: 18-10417



12433-PAE-DE-035790614

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 25, 2021, at 8:12 o'clock PM EDT, Jeanette Sanchez completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 27, 2021        By:   /s/Lance Brechbill

                             Name: Lance Brechbill

                             Title: Teacher